IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LISA J. NEWMAN                                                                       PLAINTIFF

V.                                        NO. 2:17-CV-2088

JAMES RHEA                                                                           DEFENDANT

## ORDER

Currently before the Court is the parties' joint motion to dismiss with prejudice (Doc. 18).

It appearing that the parties have settled this matter and are in agreement, it is ORDERED that the parties' joint motion (Doc. 18) is GRANTED, and the complaint herein is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 10th day of January, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE